FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2020 NOV 19  PH 5: 20

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

FAN YANG

CASE NO. 3:19-cr-192(S1)-J-20JRK

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)
18 U.S.C. § 1001(a)

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### BACKGROUND

1.     Defendant FAN YANG was born in the People's Republic of

China (or PRC) in or about 1985, entered in the United States in or about

1999, and became a U.S. citizen in or about 2006.   After becoming a U.S.

citizen, FAN YANG retained his PRC passport.   FAN YANG enlisted in the

U.S. Navy in or about 2005 but was subsequently honorably discharged in or

about 2007.   After attending college and obtaining a bachelor's degree in

electrical engineering, FAN YANG then reenlisted into the Navy in or about

July 2012 to attend Officer Candidate School.   After FAN YANG received

his commission as an officer, he trained to become a naval flight officer,

obtained a Top Secret security clearance, and was eventually transferred in or

about November 2014 to Naval Air Station Jacksonville.   He has resided in

the Middle District of Florida since that time.   FAN YANG holds the rank of

Lieutenant.

2.     YANG YANG was born in the PRC in or about 1985.   After emigrating to the United States, she married FAN YANG in or about 2013 and moved with him to the Middle District of Florida in or about November 2014.   YANG YANG became a U.S. citizen in or about 2016.

3.     GE SONGTAO is a resident of the PRC and not a U.S. citizen. He identified himself in a U.S. visa application as the chairman of Shanghai Breeze Technology Co. Ltd. (Shanghai Breeze), a company headquartered in Shanghai, PRC.   On or about September 26, 2016, GE SONGTAO was issued a B1/B2 U.S. visa.   A B1/B2 visa is a nonimmigrant visa that permits temporary entry into the United States for business and tourism purposes. GE SONGTAO has travelled to the United States on numerous occasions, including in or about July 2018.

4.     ZHENG YAN is a resident of the PRC and not a U.S. citizen. ZHENG YAN is GE SONGTAO's employee.   ZHENG YAN has travelled to the United States on numerous occasions, including in or about July 2018.

5.     BQ Tree LLC is a Florida limited liability company that YANG YANG incorporated in or about May 2015.   Both FAN YANG and YANG YANG have BQ Tree LLC business cards, which identify them as consultants for the company.   Both FAN YANG and YANG YANG have used email accounts with the domain @bqtree.com to conduct business on behalf of BQ

2

Tree LLC.

6.      In or about April 2017, FAN YANG used his @bqtree.com email account to communicate with a company that offered firearms instruction in the Orlando, Florida area.   FAN YANG stated that BQ Tree LLC was a consulting firm that focused on bringing Chinese businesses and U.S. businesses together.   He explained that his company had a client in China that wanted to bring Chinese citizens to the United States for "firearm tourism."   FAN YANG and a representative of the firearms instruction company traded emails about this project, and FAN YANG eventually added YANG YANG as a "cc" to the exchange, explaining that she would be handling the Chinese client's travel.

7.      BQ Tree LLC has corporate bank accounts with at least two financial institutions.   YANG YANG has signatory authority over those accounts.   BQ Tree LLC's account application with one such institution describes BQ Tree LLC's business as an online office products and cellphone accessories retailer/wholesaler.   The largest source of funding for BQ Tree LLC's bank accounts are transfers from GE SONGTAO's company, Shanghai Breeze.   Between in or about November 2016 and in or about August 2019, bank accounts in the name of either BQ Tree, LLC or YANG YANG received approximately $205,270 in transfers from Shanghai Breeze and ZHENG

3

YAN.   Some of the money transferred into the BQ Tree LLC bank accounts was, in turn, transferred into the personal bank accounts of YANG YANG and FAN YANG and then used primarily for personal expenses.

8.      At FAN YANG's request, GE SONGTAO has paid YANG YANG as an employee of Shanghai Breeze.   On or about November 10, 2016, YANG YANG executed an employment contract with Shanghai Breeze.   The contract was signed by GE SONGTAO on behalf of his company.   Under the terms of the contract, during a probationary period, Shanghai Breeze agreed to pay YANG YANG a monthly salary of $3,000, which would increase to $5,000 per month after the probationary period.   The contract describes YANG YANG's duties as handling business operations, conducting business negotiations, collaborating with other factories, declaring products at customs, and conducting other business for Shanghai Breeze in the United States.

9.      Since 2016, YANG YANG, GE SONGTAO, and ZHENG YAN have frequently communicated via email.   Between in or about November 2016 and in or about September 2019, YANG YANG has sent or received approximately 400 emails to or from GE SONGTAO or ZHENG YAN.   These emails generally concern GE SONGTAO's efforts to purchase U.S.-manufactured vessels that have both civilian and military applications.

4

10.     FAN YANG's communications with GE SONGTAO predate YANG YANG's.   FAN YANG and GE SONGTAO began communicating over the internet no later than in or about 2008.   In addition to electronic communications, FAN YANG and GE SONGTAO have met in person on several occasions, beginning no later than in or about 2013.   They have met, among other places, near military installations in Jacksonville and Pensacola, Florida.

11.     FAN YANG has attempted to hide from his Navy supervisors his and YANG YANG's relationship with GE SONGTAO and ZHENG YAN.   For example, on or about July 9, 2018, FAN YANG submitted a NAVPERS 1336/3 (Rev. 02-2011) Special Request/Authorization Form, a document used by Navy personnel to request time off from work.   FAN YANG's form requested time off from July 12 to July 16, 2018, for the stated purpose of taking his family to "Disney" for the weekend.   Rather than taking their family to a Disney amusement park, however, FAN YANG and YANG YANG flew from Jacksonville, Florida to Sioux City, Iowa on or about July 13, 2018, met with GE SONGTAO and ZHENG YAN, and then made the return trip to Jacksonville on or about July 15, 2018.

## COUNT ONE
### (Conspiracy to Violate Federal Firearms Laws)

1.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 11 of the above Background section as though fully set forth herein.

### I. The Agreement

2.     From an unknown date, but beginning no later than in or about March 2017 and continuing through on or about October 17, 2019, in the Middle District of Florida, and elsewhere, the defendant,

### FAN YANG,

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, specifically:

> (i) knowing possession of firearms, specifically a Sig Sauer pistol and a Glock pistol, in and affecting interstate and foreign commerce by a person who knew he was an alien who had been admitted to the United States under a nonimmigrant visa, in violation of 18 U.S.C. § 922(g)(5);

> (ii) willfully transferring, giving, and delivering firearms, specifically a Sig Sauer pistol and a Glock pistol, to a person whom the transferor knew, and had reasonable cause to believe, did not reside in the State in which the transferor resided when neither the transferor nor the person who received the firearm was a licensed firearms dealer, importer, manufacturer, or collector, in violation of 18 U.S.C. § 922(a)(5); and

> (iii) knowing disposal of firearms, specifically a Sig Sauer pistol and a Glock pistol, to a person whom the transferor knew, and had

reasonable cause to believe, was an alien who had been admitted to the United States under a nonimmigrant visa, in violation of 18 U.S.C. § 922(d)(5).

## II. Manner and Means

3.      It was part of the conspiracy that FAN YANG, a resident of the

State of Florida, would and did purchase a Sig Sauer pistol and a Glock pistol

for GE SONGTAO, a resident of the PRC and an alien admitted to the

United States under a nonimmigrant visa.

4.      It was further part of the conspiracy that GE SONGTAO would

and did take actual possession of the Sig Sauer pistol and Glock pistol when in

the United States.

5.      It was further part of the conspiracy that YANG YANG would

and did arrange to store the pistols when GE SONGTAO was not in the

United States.

6.      It was further part of the conspiracy that GE SONGTAO would

and did pay FAN YANG and YANG YANG for the purchase and storage of

the pistols.

7.      It was further part of the conspiracy that the conspirators would

and did engage in acts and make statements to promote and achieve the

objects of the conspiracy and to hide and conceal the purposes of the

conspiracy and the acts committed in furtherance thereof.

7

### III. Overt Acts

8.     In furtherance of the conspiracy and to effect the objects of that conspiracy, the following overt acts, among others, were committed by FAN YANG, YANG YANG, or GE SONGTAO, or other conspirators in the Middle District of Florida and elsewhere:

a) On or about March 20, 2017, GE SONGTAO's company, Shanghai Breeze, wired $40,000 to a bank account of FAN YANG and YANG YANG's company, BQ Tree LLC.

b) On or about March 30, 2017, FAN YANG purchased a Sig Sauer pistol for approximately $1,049 from a business in Phoenix, Arizona and directed that it be shipped to an engraving business in Union, Michigan.

c) On or about April 25, 2017, FAN YANG paid approximately $159 to have the Sig Sauer pistol engraved with the phrase "NEVER OUT OF THE FIGHT" and GE SONGTAO's initials, "G.S.T."

d) On or about April 25, 2017, FAN YANG directed the engraving company to send the Sig Sauer pistol to a federally licensed firearms dealer in Orange Park, Florida.

e) On or about April 30, 2017, FAN YANG took possession of the Sig Sauer pistol from the firearms dealer in Orange Park.

8

f) On or about April 30, 2017, in connection with taking possession of the Sig Sauer pistol, FAN YANG executed a Firearms Transaction Record (also known as ATF-form 4473).   On that form, FAN YANG falsely and fraudulently certified that he was the actual transferee/buyer of the Sig Sauer pistol.

g) On or about June 28, 2017, YANG YANG sent GE SONGTAO an email to which she attached an expense report, charging GE SONGTAO for the Sig Sauer pistol, its engraving, and the cost of a background check, against the balance of the $40,000 that Shanghai Breeze had wired to BQ Tree LLC on or about March 20, 2017.

h) In or about December 2017, YANG YANG rented a nearby storage unit in which to store GE SONGTAO's possessions, including the Sig Sauer firearm.

i) On or about January 3, 2018, YANG YANG sent GE SONGTAO and ZHENG YAN an email to which she attached an expense report, charging GE SONGTAO for the storage unit.   This was the first of a series of emails to which YANG YANG attached expense reports, charging GE SONGTAO for the rental of storage units for the Sig Sauer firearm and other property.

9

j) On or about May 8, 2018, Shanghai Breeze wired $45,000 to BQ Tree LLC's checking account.

k) On or about May 25, 2018, FAN YANG purchased a Glock pistol and spare firearms magazines for approximately $716 from a federally licensed firearms dealer in Orange Park, Florida.

l) On or about May 25, 2018, in connection with taking possession of the Glock pistol, FAN YANG executed a Firearms Transaction Record.   On that form, FAN YANG falsely and fraudulently certified that he was the actual transferee/buyer of the Glock pistol.

m) On or about June 1, 2018, approximately $716 was transferred from BQ Tree LLC's checking account to FAN YANG's personal checking account.

n) On or about June 30, 2018, YANG YANG sent GE SONGTAO and ZHENG YAN an email to which she attached an expense report, charging GE SONGTAO for the Glock pistol and extra magazines, against the balance of the $45,000 that Shanghai Breeze had wired to BQ Tree LLC on or about May 8, 2018.

All in violation of 18 U.S.C. § 371.

## COUNT TWO
### (False Statement to Federally Licensed Firearms Dealer)

1.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 11 of the above Background section and paragraphs 3 through 8(i) of Count One as though fully set forth herein.

2.     On or about April 30, 2017, in the Middle District of Florida, in connection with the acquisition of a firearm, that is a Sig Sauer pistol, from a federally licensed firearms dealer, the defendant,

FAN YANG,

knowingly made a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale and disposition of the Sig Sauer pistol, that is, FAN YANG falsely represented in writing on a Firearms Transaction Record (also known as ATF-form 4473) that he was the actual transferee/buyer of the Sig Sauer pistol when, at that time, FAN YANG was purchasing the Sig Sauer pistol on behalf of someone else, specifically, GE SONGTAO who, as an alien admitted to the United States on a nonimmigrant visa, was prohibited from purchasing and possessing firearms.

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

11

## COUNT THREE
### (False Statement to Federally Licensed Firearms Dealer)

1.      The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 11 of the above Background section and paragraphs 3 through 7 and paragraphs 8(j) through 8(n) of Count One as though fully set forth herein.

2.      On or about May 25, 2018, in the Middle District of Florida, in connection with the acquisition of a firearm, that is a Glock pistol, from a federally licensed firearms dealer, the defendant,

FAN YANG,

knowingly made a false and fictitious written statement intended and likely to deceive the firearms dealer with respect to a fact material to the lawfulness of the sale and disposition of the Glock pistol, that is, FAN YANG falsely represented in writing on a Firearms Transaction Record (also known as ATF-form 4473) that he was the actual transferee/buyer of the Glock pistol when, at that time, FAN YANG was purchasing the Glock pistol on behalf of someone else, specifically, GE SONGTAO who, as an alien admitted to the United States on a nonimmigrant visa, was prohibited from purchasing and possessing firearms.

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

12

## COUNT FOUR
### (False Statement within the Executive Branch's Jurisdiction)

1.     The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 11 of the above Background section and paragraphs 3 through 8(n) of Count One as though fully set forth herein.

### I. Introduction

2.     United States government employees with access to classified information, including members of the U.S. military like FAN YANG, are subject to background investigations to determine whether giving such employees access to classified information is consistent with the interests of national security.   After being given access to classified information, such employees are the subject of periodic reinvestigations.   As part of this assessment, background investigators evaluate a variety of factors, including the employee's close and continuing contacts with foreign nationals to, among other things, assess whether the employee is free from conflicting allegiances and the potential for coercion.   To make this determination, investigators rely in part on employees' submission of information through the Electronic Questionnaires for Investigations Processing (e-QIP) system, which asks employees to provide information material to their fitness to hold a security clearance.

3.    Under the section "Penalties for Inaccurate or False Statements,"

the e-QIP form states the following:

> The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to five (5) years imprisonment.   In addition, Federal agencies generally fire, do not grant security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements.   Your prospects of placement or security clearance are better if you answer all questions truthfully and completely.   You will have adequate opportunity to explain any information you provide on this form and to make your comments part of the record.

4.    Under "Statement of Understanding" the e-QIP form states:

> I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.

5.    On or about January 7, 2019, in support of the renewal of his

Top Secret security clearance, FAN YANG completed and electronically

submitted his e-QIP form.

6.    In e-QIP Section 10, under the heading Foreign Passport,

the first question reads: "Have you EVER been issued a passport (or

identity card for travel) by a country other than the U.S.?"   FAN

YANG answered "Yes" to this question.   Further, he provided certain

information about a passport issued to him by the PRC, including his

14

estimate that, on September 1, 2006, this passport expired. FAN YANG further represented that "The passport was cut by USCIS around the above expiration date, then returned to Chinese consulate in New York by mail." A subsequent question reads: "Do you have an additional foreign passport (or identity card for travel) to report?" FAN YANG answered "No" to this question.

7. In e-QIP Section 13A – Employment Activities, employees are directed to "List all of your employment activities, including unemployment and self-employment, beginning with the present and working back 10 years." FAN YANG did not list his employment (or self-employment) with BQ Tree LLC or any of BQ Tree LLC's purported or prospective clients, such as Shanghai Breeze or GE SONGTAO.

8. In e-QIP Section 19 – Foreign Contacts, the first question reads:

> Do you have, or have you had, close and/or continuing contact with a foreign national within the last seven (7) years with whom you, or your spouse . . . are bound by affection, influence, common interest, and/or obligation?

FAN YANG falsely answered "No" to this question and did not disclose the longstanding personal and business relationships that FAN YANG and YANG YANG had with GE SONGTAO and ZHENG YAN.

9.      In e-QIP Section 20A – Foreign Activities, Subsection Foreign
Financial Interests Controlled on Your Behalf, the first question reads: "Have
you. . . EVER had any foreign financial interests (such as . . . bank accounts
. . .) in which you or they have direct control or direct ownership?"   The
second question in this section reads: "Have you . . . EVER had any foreign
financial interests that someone controlled on your behalf?"   FAN YANG
falsely answered "No" to both of these questions, failing to disclose that, in or
about 2013, he had a bank account with the Bank of China, over which he had
given power of attorney to a third party.

10.      In e-QIP Section 20B – Foreign Business, Professional Activities,
and Foreign Government Contacts, the first question reads:   "Have you in the
last seven (7) years provided advice or support to any individual associated
with a foreign business or other foreign organization that you have not
previously listed as a former employer?   (Answer 'No' if all your advice or
support was authorized pursuant to official U.S. Government business.)"
FAN YANG falsely answered "No" to this question, did not otherwise list
Shanghai Breeze or any foreign businesses or other foreign organizations
among his former employers, and did not disclose his employment with BQ
Tree LLC, including his efforts with YANG YANG in or about April 2017, to
organize firearms training sessions for a Chinese client.

16

11.    A later question in e-QIP Section 20B reads: "Has any foreign national in the last seven (7) years offered you a job, asked you to work as a consultant, or consider employment with them?"   FAN YANG answered "Yes" to this question, but in response to the follow up question, "Did you accept the offer?" he falsely answered, "No."   Where the form directs, "Provide explanation," FAN YANG stated that in late 2017, GE SONGTAO had offered FAN YANG a position as a "Consultant/ U.S. representative for his Chinese business," which according to FAN YANG, "import[s] speedboats from the U.S. for sale in China."   FAN YANG stated that he informed GE SONGTAO that he was still in the Navy and could not take on additional work.   This is FAN YANG's only reference in his e-QIP submission to GE SONGTAO and GE SONGTAO's business.

<u>II. The Charge</u>

12.    On or about January 7, 2019, in the Middle District of Florida, in a matter within the jurisdiction of a department and agency of the United States, the defendant,

FAN YANG,

did knowingly and willfully make and use a writing and document containing materially false, fictitious, and fraudulent representations and entries to the United States Government, to wit, a written e-QIP form, in which he:

17

(i) fraudulently represented that the only passport issued to him by the PRC had been cut up and mailed to the Chinese consulate in New York;

(ii) fraudulently failed to disclose his employment by BQ Tree LLC;

(iii) falsely denied having, and having had, close and/or continuing contact with a foreign national within the last seven years with whom he or his spouse was bound by affection, influence, common interest, and/or obligation;

(iv) falsely denied having had any foreign financial interests;

(v) falsely denied having had any foreign financial interests that someone controlled on his behalf; and

(vi) falsely denied having provided, in the last seven years, advice or support to any individual associated with a foreign business or other foreign organization.

All in violation of 18 U.S.C. § 1001(a).

18

## FORFEITURE

1.      The allegations contained in Counts One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a conspiracy to violate 18 U.S.C. § 922, in violation of 18 U.S.C. § 371, the defendant,

FAN YANG,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.      The allegations contained in Counts Two and Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

4.      Upon conviction of a violation of 18 U.S.C. § 922(a)(6), the defendant,

FAN YANG,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

19

5.     The property to be forfeited includes, but is not limited to, a Sig Sauer MK25 P226 Pistol 9mm, Serial Number 47A192149, and a Glock Model 19X Pistol 9mm, Serial Number BHNG648.

6.     If any of the property described above, as a result of any act or omission of the defendant:

       a.     cannot be located upon the exercise of due diligence;

       b.     has been transferred or sold to, or deposited with, a third party;

       c.     has been placed beyond the jurisdiction of the court;

       d.     has been substantially diminished in value; or

       e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

By: _____
Cherie L. Krigsman
Assistant Unites States Attorney
Chief, National Security and
Cybercrime Section

JOHN C. DEMERS
Assistant Attorney General
National Security Division

By: _____
Heather M. Schmidt
Senior Trial Attorney
Counterintelligence-Export
Control Section

21

FORM OBD-34
11/9/20 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## FAN YANG

## INDICTMENT

| Violations: | Ct. 1: | 18 U.S.C. § 371 |
| | Ct. 2-3: | 18 U.S.C. § 922(a)(6) |
| | Ct. 4: | 18 U.S.C. § 1001(a) |

A true bill,

_Lisa Baldis_
Foreperson

Filed in open court this __19th__ day

of November, 2020.

_Inacu S. Pemith_
Clerk

Bail   $_____

GPO 863 525