UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          No. 3:19-cr-192-HES-JRK

FAN YANG

_____

## VERDICT

As to Count One of the Indictment, we, the Jury, find Fan Yang:
_____Guilty_____.

As to Count Two of the Indictment, we, the Jury, find Fan Yang:
_____Guilty_____.

As to Count Three of the Indictment, we, the Jury, find Fan Yang:
_____Guilty_____.

As to Count Four of the Indictment, we, the Jury, find Fan Yang:
_____Guilty_____.

SO SAY WE ALL, this __12__ day of November, 2021.

_____Cynthia Riegler_____
FOREPERSON